# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-259
Lower Tribunal No. 19-7742
_____


**Elizabeth Maya,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Elizabeth Maya, in proper person.

Lapin & Leichtling, LLP, and Benjamin B. Carter and Adam B. Leichtling, for appellee.


Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.  See Spikes v. OneWest Bank FSB, 106 So. 3d 475, 478-79 (Fla.

4th DCA 2012) ("A third party who advances the purchase price is entitled to an

equitable vendor's lien. . . . Generally, when an equitable lien is imposed on a homestead purchased with fraudulently obtained funds, the homestead exemption from forced sale does not apply to either spouse, even if one spouse is innocent or ignorant of wrongdoing.").